■ GERTRUDE CRONIN v. DAROL ENTERPRISES, INC.— Motion for an extension of time granted insofar as to extend the time for defendant-appellant to

serve its anwer to 10 days after service upon its attorneys of a copy of the order of this court determining said appeal, with notice of entry thereof. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.